UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marco Strickland,

                Plaintiff,      Case No. 25-10698

v.                                Judith E. Levy
                                   United States District Judge
Richard Page,

                                    Mag. Judge Anthony P. Patti
             Defendants.

_____/

## ORDER TO SUPPLEMENT THE RECORD [2]

Plaintiff Marco Strickland filed the complaint in this matter on March 12, 2025. (ECF No. 1.) Plaintiff also filed an application to proceed in the district court without prepaying fees or costs (the "Application"). (ECF No. 2.) Plaintiff is self-represented or *pro se.*

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). "Inadequate completion of an application to proceed *in forma pauperis* has been found to be grounds for denial of that application in the Eastern District of

Michigan." *Brown v. Berryhill,* No. 17-11577, 2017 WL 2471279, at *2 (E.D. Mich. June 8, 2017).

Here, Plaintiff's Application to proceed *in forma pauperis* is incomplete. Plaintiff does not answer question 2, asking for what he receives in pay or wages. (ECF No. 2, PageID.10.) In answer to question 8, which asks Plaintiff to describe "[a]ny debt or financial obligations," Plaintiff writes, "see the attached." (ECF No. 2, PageID.11.) Plaintiff does not provide the attachment. Accordingly, Plaintiff must file a revised application with completed information by **April 14, 2025.**

IT IS SO ORDERED.

Dated: March 31, 2025      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 31, 2025.

                                    s/William Barkholz
                                    WILLIAM BARKHOLZ
                                    Case Manager